# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO

| | |
|---|---|
| MT. HAWLEY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LEXINGTON INSURANCE COMPANY,<br>and DOES 1 through 100,<br><br>Defendants. | Case No.: 1:10-CV-02009-OWW-GSA<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii), F.R. Civ. P., all parties who have appeared in this action have signed and filed a stipulation of dismissal without prejudice. Pursuant to the stipulation of the parties, F.R. Civ. P. 41(a)(1)(A), and good cause appearing, it is hereby ordered that this case be dismissed, without prejudice, each party to bear their own costs.

IT IS SO ORDERED.

Dated:  **June 13, 2011**              /s/ Oliver W. Wanger
                                                        UNITED STATES DISTRICT JUDGE